AO 91 (Rev. 11/11) Criminal Complaint

| | | | |
|---|---|---|---|
| AUSA: | Eric M. Straus | Telephone: | (313) 226-9648 |
| Special Agent: | Brooke Cormier, FBI | Telephone: | (313) 378-0289 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
   v.
TODD GROVER FISCHER

Case No. Case: 2:22-mj-30024
Judge: Unassigned,
Filed: 01-14-2022 At 05:29 PM
USA v. TODD GROVER FISCHER (CMP)(MLW)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 12th, 2022__ in the county of __Macomb__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm and ammunition. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Brooke Cormier, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: January 14, 2022

*Judge's signature*

City and state: Detroit, MI

Hon. Anthony P. Patti, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Brooke Cormier, being duly sworn, depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.  I have been employed as a Special Agent with the Federal Bureau of Investigation (FBI) for approximately one year.  Prior to my employment as a Special Agent I was employed as an analyst with the FBI for approximately twelve years.  During my thirteen years employed with the FBI I have participated in violent crime investigations as both an analyst and as a Special Agent and am currently assigned to the FBI Macomb County Gang and Violent Crime task force primarily supporting violent gang and drug investigations.

2.  I make this affidavit based upon personal knowledge and upon conversations with and communications from others who have personal knowledge of the events and circumstances described herein.

## PURPOSE OF AFFIDAVIT

3.  This affidavit is in support of a complaint and arrest warrant for TODD GROVER FISCHER. This affidavit is being submitted for the limited purpose of establishing probable cause, therefore I have not included each and every fact related to FISCHER. Rather, I have set forth only the facts necessary to establish probable cause that TODD GROVER FISCHER violated Title 18, Unites States Code Section 922(g)(1) – felon in possession of a firearm.

4. On January 12th, 2022, United States Marshalls assisted the Macomb County Sheriff's Office with an authorized state arrest warrant at a residence. This residence is located at XXXX2 Jefferson Avenue, Lot XX, Harrison Township, Michigan. The search warrant was executed after the target of the investigation, FISCHER, exited the mobile home. FISCHER lives at the listed address and was taken into custody a short time later.

5. This complaint was related to the ongoing investigation of the Vigilantes Motorcycle Gang (VMC).

## **PROBABLE CAUSE**

6. Affiant is aware that FISCHER, was a member of the VIGILANTE MOTORCYCLE GANG, at the time of this investigation

7. On January 12th, 2022, pursuant to this warrant, Deputies from the Macomb County Sheriff's Office and the US Marshalls proceeded to FISCHER'S home at ******, Jefferson, Lot ***, Harrison Township, Michigan.

8. During the course of the state warrant execution, a firearm was observed in plain view. Various ammunition for different weapons was also found in the home.

9. During a search of the residence, law enforcement located and recovered the following items, among others.

    a. One black/brown handle RG 14 revolver. Serial number(L498905)

  b. Six rounds of .22 caliber ammunition (loaded in the RG 14 revolver).

  c. One CCI minimag .22 LR caliber – 100 rounds.

  d. Six red 12 gauge shotgun shells.

  e. One black 12 gauge shotgun shell.

  f. 38 rounds of .22 caliber ammunition.

  g. One black 12 gauge shotgun shell that was spent.

  h. One magtech box of .32 S&W containing 44 rounds of ammunition.

  i. One black address/ledger book "support your local vigilantes."

  j. One metal woodgrain design "Satan" cup.

  k. One box of 22 shot shell ammunition containing 11 rounds of .22 caliber.

10. A review of the criminal history for FISCHER revealed a felony weapons carrying concealed conviction from 1993. FISCHER was discharged from federal supervised release in December of 2021 based upon a recent (2019) federal conviction for felon in possession of a firearm.

11. A NCIC inquiry revealed that the RG 14 Revolver is unregistered.

12. On January 13, 2022, FISCHER was interviewed by the Macomb County Sheriff's Department, at which time FISCHER admitted that he was convicted in federal court, sentenced to one year and served two years supervised release for

Felon in Possession of a Firearm. FISCHER stated he was released in December 2021.

13. I am aware that the firearm listed in paragraph 10, found by law enforcement during the search warrant at the home of FISCHER was not manufactured within the state of Michigan, and thus traveled in interstate commerce.

## **CONCLUSION**

14. Based upon the above investigation, probable cause exists that TODD GROVER FISCHER a felon, possessed a firearm in violation of 18 U.S.C section 922(g)(1). Further FISCHER, a felon, possessed ammunition in violation of section 922(g)(1).

Respectfully submitted,

_____
Special Agent Brooke Cormier
Federal Bureau of Investigation

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
HON. ANTHONY P. PATTI
UNITED STATES MAGISTRATE JUDGE

Dated: January 14, 2022